# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 JAN 14 PM 2:41
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:21MJ-031
)
250 South Nelson Ave., Lot 72 )
Wilmington, Ohio )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___1/28/21___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Stephanie K. Bowman___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___1/14/21 2:34pm___    *Stephanie K. Bowman*
                                              *Judge's signature*

City and state: ___Cincinnati, Ohio___    Hon. Stephanie K. Bowman, U.S. Magistrate Judge
                                          *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Description of Premises to be Searched

The Premises to be searched is 250 South Nelson Ave., Lot 72, Wilmington, Ohio, further described as a prefabricated mobile home, predominantly white in color, with the number "72" clearly displayed on the front of the structure.





# ATTACHMENT B

**Particular Things to be Seized**

All evidence and information relating to violations of Title 18, United States Code, Sections 875(c) (Interstate Threats) and 1512(b)(3) (Tampering with a Witness by Threat) involving Justin Stoll, including without limitation:

1. Cellular or satellite phones;
2. Any computer or digital medium that is capable of storing photos or video;
3. Weapons that may be used in connection with the threats, including firearms and ammunition;
4. All records or evidence relating to any social media accounts, passwords, or monikers used by Justin Stoll.
5. All records or evidence pertaining to Justin Stoll's whereabouts and activities from January 1, 2021, to the present.
6. All records or evidence relating to Justin Stoll's travel to and activities in Washington, D.C. on or about January 6, 2021.

With respect to any phones seized during the execution of the search of the Premises described in Attachment A ("PHONE"), law enforcement personnel are authorized to press the fingers (including thumbs) of Justin Stoll to the Touch ID sensor of the PHONE, such as an iPhone or Google Pixel, found at the Premises for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.

For any computer or storage media ("COMPUTER"), including smart phones and satellite phones, seized pursuant to this warrant, law enforcement may search for:

1. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents,

browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

2. evidence indicating how, where, and when the COMPUTER was accessed or used to determine the chronological and geographical context of access, use, and events relating to crime under investigation and to the COMPUTER user;

3. evidence indicating the COMPUTER user's state of mind as it relates to the crime under investigation;

4. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

5. evidence of the times the COMPUTER was used;

6. All records or evidence relating to any social media accounts, passwords, or monikers used by Justin Stoll.

7. All records or evidence pertaining to Justin Stoll's whereabouts and activities from January 1, 2021 to the present.

8. All records or evidence relating to Justin Stoll's travel to and activities in Washington, D.C. on or about January 6, 2021.

This warrant authorizes a review of the electronic devices seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.