# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' MOTION FOR AN ORDER UNSEALING SEARCH WARRANT AND RELATED PAPERS | : CASE NO: 1:21-MJ-031<br>:<br>: JUDGE LITKOVITZ<br>:<br>: MOTION AND [PROPOSED] ORDER TO<br>: UNSEAL SEARCH WARRANT AND<br>: RELATED PAPERS<br>:<br>: |

The United States respectfully moves the Court to unseal the search warrant, the application and affidavit for a search warrant, the return, and any related papers filed in the above-captioned matter.

This search warrant was obtained in connection with the investigation of Justin Stoll. On January 14, 2021, Stoll was charged in a criminal complaint based on substantially the same facts as those in the affidavit supporting the search warrant application. Stoll was arraigned the next day, and the government now wishes to produce the search warrant papers in discovery.

Accordingly, the United States respectfully requests that all papers filed in the above-captioned matter be unsealed.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

 */s/ Julie D. Garcia*
JULIE D. GARCIA (CA 288624)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Julie.Garcia@usdoj.gov

## ORDER

Upon the Motion of the United States and for good cause shown, it is

**ORDERED** that the search warrant, the application and affidavit for a search warrant, the return, and any related papers filed in the above-captioned matter be unsealed.

_Karen L. Litkovitz_
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE